# **EXHIBIT B**



*Product Data Sheet*
*Material Safety Data Sheet*

# FLORIDA CHEMICAL CO., INC.

351 Winter Haven Blvd. NE
Winter Haven, FL 33881-9432 USA
Phone: (863) 294-8483
Fax: (863) 294-7783
Web Site: www.floridachemical.com
E-Mail: info@floridachemical.com

## PRODUCT DATA SHEET

Preparation Date: 10/01/03

## DESCRIPTION

CITRUSoy™ High Flash is a biodegradable solvent, derived from citrus peels and soybeans, suitable for many types of industrial applications. It is an excellent alternative solvent in applications such as parts cleaning, cold cleaning, resin removal, ink removal and heavy oil degreasing. It has excellent chemical properties, pleasant citrus fragrance and offers many environmental benefits. It is non-hazardous, biodegradable and has a flash point over 140°F. It contains no ODC (Ozone Depleting Chemicals), no HAP (Hazardous Air Pollutants) and is very low in VOC (Volatile Organic Compounds).

## APPEARANCE & ODOR

A light golden liquid with a citrus aroma.

## USES & APPLICATIONS

Replacement for toxic chlorinated solvents, glycol ether, MEK (methyl ethyl ketone), xylene, and other petroleum-based chemicals. Ideal for use in parts cleaners, formulated hand cleaners, industrial cleaners, press wash solvents, screen printing ink cleaners, tar removers, and automotive care products. It has excellent solvent properties and blends well with other solvents including d-Limonene.

## PACKAGING

CITRUSoy™ High Flash is packaged in the following containers:

| | | | | |
|---|---|---|---|---|
| 1-Gallon Pail | - | 7.2 Pounds Net Weight | - | 3.3 kg Net Weight |
| 5-Gallon Pail | - | 36 Pounds Net Weight | - | 16.4 kg Net Weight |
| 55-Gallon Drum | - | 396 Pounds Net Weight | - | 179.8 kg Net Weight |

Drums are DOT approved steel drums. All drums of our CITRUSoy™ High Flash are filled to a net weight of 396 lbs. Dimensions of 55-gallon drums are: length 23", width 23", and depth 35". Overland tank truck shipments average 6500 gallons (46,800 lbs.). Overseas ISO tank shipments are either 20,000 liters (17,400 kg) or 24,000 liters (20,880 kg). Sample quantities (gallons & pints) are packaged in fluorinated plastic containers or glass (1 oz. samples).

## STORAGE & HANDLING

Store in a warehouse with a fire prevention system. Avoid contact with incompatible chemicals listed in Section IV. Store in tightly sealed full containers in well-ventilated controlled warehouse conditions. Partially filled containers should be blanketed with nitrogen. Citrus oils are subject to oxidation. This process may be inhibited by the addition of antioxidants.

CITRUSoy™ samples and certificates of analysis are available upon request.

<u>Caution:</u> **The user should conduct his/her own experiments and establish proper procedures and controls before attempting use on critical parts.**

---

# MATERIAL SAFETY DATA SHEET

Preparation Date: 10/01/03

**Emergency Phone Numbers:**
Florida Chemical: (863) 294-8483
CHEMTREC 24 Hour Number: (800) 424-9300
In Canada, CANUTEC: (613) 996-6666

**FLORIDA CHEMICAL CO., INC.**
*351 Winter Haven Blvd, NE*
*Winter Haven, FL 33881-9432*
*Phone: (863) 294-8483*
*Fax: (863) 294-7783*
*Web Site: www.floridachemical.com*
*E-Mail: info@floridachemical.com*



### Section I - PRODUCT IDENTIFICATION

**Product Code: 909012**
**Product Name: CITRUSoy™ HIGH FLASH**

### Section II - INGREDIENT COMPOSITION

*Ingredients not precisely identified are proprietary or nonhazardous*

| CAS# | Name | Percent Range |
|---|---|---|
| 67784-80-9 | Methyl Ester of Soybean Oil | 0-100% |
| 5989-27-5 | Technical Grade d-Limonene | 0-100% |

### Section III - PHYSICAL DATA

**Specific Gravity:** @ 25° C  0.86-0.87
**Appearance:**  Colorless to Straw Yellow
**Odor:**  Citrus
**Solubility in Water:**  Insoluble

### Section IV - FIRE AND EXPLOSION HAZARD DATA

**Flashpoint: CCCFP ASTM D6450**  148° F
**Stability Considerations:**  Stable
**Incompatibility (Materials to avoid):**  Strong oxidizing agents
**Hazardous Decomposition Products:**  Burning generates CO, $CO_2$ and smoke
**Extinguishing Media:**  Dry chemical, foam or carbon dioxide
**Special Fire Fighting Procedures:**  Vapor explosion hazard
**Unusual Fire & Explosion Hazards:**  Container may explode in heat of fire
**Hazardous Polymerization:**  Will not occur

The information contained herein is based on current knowledge and experience: no responsibility is accepted that the information is sufficient or correct in all cases. Users should consider this data only as a supplement to other information obtained by the user. No warranty is expressed or implied regarding the accuracy of this data, the results to be obtained from the use thereof, or that any such use will not infringe any patent. Users should make independent determinations of suitability and completeness of information from all sources to assure proper use and disposal of these materials, the safety and health of employees and customers, and the protection of the environment. This information is furnished upon the condition the person receiving it shall determine the suitability for the particular purpose. This MSDS is to be used as a guideline for safe work practices and emergency response.

## Section V - HEALTH HAZARD DATA

**Health Hazards (Acute and Chronic):** Product is harmful if swallowed. Ingestion may cause vomiting, headache, and other medical problems. May be irritating to skin and eyes. Skin contact may cause slight redness. Contains a potential skin sensitizer. Eye contact can cause moderate to high irritation. Inhalation can cause nose, throat, and respiratory tract irritation, coughing and headache. Prolonged or repeated exposure can cause drying, defatting, and dermatitis of skin.

**Signs and Symptoms of Exposure:** Product may be irritating to the skin, eyes, nose and throat.

**Medical Conditions Generally Aggravated by Exposure:** Persons with allergies or pre-existing skin conditions should avoid contact with this product.

**Emergency & First Aid Procedures**

**Eyes:** Remove contact lenses at once. Flush with water for at least 15 minutes. If irritation persists, seek medical attention.
**Skin:** Wash affected area with copious amounts of soap and water. If irritation develops, seek medical attention.
**Ingestion:** Seek medical attention immediately. Do not leave victim unattended. Never give anything by mouth if victim is unconscious, is rapidly losing consciousness, or is convulsing.
**Inhalation:** If symptoms of overexposure are experienced, evacuate to fresh air. If symptoms persist, seek medical attention.

## Section VI - TOXICOLOGICAL DATA

**Acute Eye Irritation:** Eye irritation, rabbit. Severely irritating.
**Acute Skin Irritation:** Skin irritation, rabbit. Severly irritating.
**Acute Dermal Toxicity:** LD50 — >5 g/kg, rabbit.
**Acute Respiratory Irritation:** No test data found for product.
**Acute Inhalation Irritation:** No test data found for product.
**Acute Oral Toxicity:** LD50 — >5 g/kg, rat.
**Chronic Toxicity:** This product does not contain substances that are considered by OSHA, NTP, IARC or ACGIH to be "probable" or "suspected" human carcinogens.
**Ecotoxicological Information:** Product may be toxic to aquatic organisms.

## Section VII - SPILL OR LEAK PROCEDURES

**Steps to be taken if material is released or spilled:** Soak up with an absorbent material.
**Waste Disposal Method:** Incinerate or dispose of in accordance with local, state, or federal regulations.

## Section VIII - SPECIAL PROTECTION INFORMATION

**Engineering Controls:** Mechanical ventilation recommended.
**Skin Protection:** Yes: Oil Resistant Gloves
**Eye Protection:** Yes: Oil Resistant Goggles
**Other:** Yes: Oil Resistant Apron

## Section IX - SPECIAL PRECAUTIONS

**Precautions to be taken in handling and storing:** Usual precautions for combustible liquids.

**Handling and Storage Precautions:** Store in a warehouse with a fire prevention system. Avoid contact with incompatible chemicals listed in Section IV. Store in tightly sealed full containers in well-ventilated controlled warehouse conditions. Partially filled containers should be blanketed with nitrogen.

**Other Precautions:** Product may expand slightly in storage causing pressure to build in container. Open container carefully if product appears to be under pressure. Drum lining may occasionally chip and fall to bottom of container after long storage or excessive handling. As a precaution, pour liquid through filter/strainer to catch small pieces of liner before blending or repackaging. Commercially clean empty containers before re-use. CAUTION: Do not weld or cut empty containers (Vapors May Ignite).

## Section X - REGULATORY INFORMATION

| Inventory | Status: |
|---|---|
| United States (TSCA) | Listed on the inventory. |
| Canada (DSL) | Listed on the inventory. |
| European Union (EINECS) | Listed on the inventory. |
| Australia (AICS) | Listed on the inventory. |
| Japan (MITI) | Listed on the inventory. |
| South Korea (KECL) | Listed on the inventory. |

## Section XI - TRANSPORTATION INFORMATION

All such statements or descriptions are informational only and are not made or given as a warranty of fitness for particular purpose. Buyer is solely responsible for determining the adequacy of each label, or package for the particular use or uses to which they are applied. Seller does not assume buyer's responsibility for compliance with any Federal, State or local laws, rules ordinances or regulations. The listed Transportation Classification does not address regulatory variations due to changes in package size, mode of shipment or other regulatory descriptors.

**TDG Status:** Hazardous  
**IMO Status:** Not Hazardous  
**IATA Status:** Not Hazardous  

**DOT Label/Placard:** per requirements for Combustible Liquids.  
**Highway/Rail:** per requirements for Combustible Liquids

**SHIPPING CLASSIFICATION:**  
**DOT Proper Shipping Name:** Combustible Liquid, N.O.S.(d-Limonene)  
**Hazard Class:** 3  
**Identification No.:** NA1993  
**Packing Group:** III  

## Section XII - ADDITIONAL INFORMATION

National Fire Protection Association Hazard Ratings - NFPA(R):
1 Health Hazard - Slight
2 Flammability - Moderate
0 Reactivity - Minimal

**Key Legend Information:**
- ACGIH — American Conference of Governmental Industrial Hygienists
- OSHA — Occupational Safety and Health Administration
- NTP — National Toxicology Program
- IARC — International Agency for Research on Cancer


PRINTED WITH SOY INK

The information contained herein is based on current knowledge and experience: no responsibility is accepted that the information is sufficient or correct in all cases. Users should consider this data only as a supplement to other information obtained by the user. No warranty is expressed or implied regarding the accuracy of this data, the results to be obtained from the use thereof, or that any such use will not infringe any patent. Users should make independent determinations of suitability and completeness of information from all sources to assure proper use and disposal of these materials, the safety and health of employees and customers, and the protection of the environment. This information is furnished upon the condition the person receiving it shall determine the suitability for the particular purpose. This MSDS is to be used as a guideline for safe work practices and emergency response.