# EXHIBIT C





Residential and Bike Paths | Commercial and Aviation | Roads and Highways

An Independent Laboratory (BOWSER MORNER, INC.) testing of five year simlated aging has shown that BIORESTOR® Asphalt Rejuvenator applied on new construction will provide the greatest protection and give the agency the most economical choice in pavement preservation tactics. By applying in the first 2 months, several of the original asphalt properties are restored that are lost during the manufacturing process. BIORESTOR® Asphalt Rejuvenator also aids in sealing the pavement and provides a more durable surface.

| Test | Result |
|---|---|
| ASTM D-5 Penetration | 20% IMPROVED VALUE (1) |
| ASTM D-2170 Viscocity | 49% IMPROVED VALUE (1) |
| ASTM D-6927-06 Marshall Stability | 90% IMPROVED VALUE (1) |
| ASTM D-6433-03 MicroPaver Pavement Management System | 42% IMPROVED LIFE CYCLE (2) |
| ASTM E-965-96 (Reapproved 2006) Pavement Macrotexture Depth | 20+% REDUCED RAVEL (3) |

(1) Tests performed after 5 year accelerated aging
(2) Test performed on field application after 7 years in place
(3) Test Performed on field application after 1 year in place

Asphalt binders have been characterized for many years by their physical properties. Penetration (consistency) and Viscosity (resistance to flow) measures two of these properties and have been used to describe how well it will perform as a constituent in HMA pavement. As we test these characteristics over long time periods (5+ years) the less these characteristics change, the more likely pavement performance will resist deterioration and perform as designed. The aggregate portion of the pavement does not change. Stopping or slowing down these measurable changes within the asphalt binder will be of great value in extending pavement life cycle and lower its cost.



The heating and mixing during the manufacturing process greatly oxidizes asphalt pavements before they are placed on the roads. BIORESTOR® Ashalt Rejuvenator made from 100% agricultural oils penetrates into the asphalt pavement to reverse this oxidation and leaves a polymer coating to aid against further oxidation.

Our BIORESTOR® treatment philosophy is that of stopping the small things that happen early in a pavement's life. This is preventative maintenance. The act of repairing cracks, potholes or other treatments can be classified as reactionary or crisis management. We are sure you know which is cheaper.



Untreated
20% loss of surface fines

ASTM E 965 Modified Sand Test of treated (43" right) and untreated (37" left) after 2 years. This test measures the loss of fines from the pavement surface; one of the first signs of oxidation.



BIORESTOR®
Treated Pavement



Oxidized Dry Appearance

Treated asphalt pavement shows that BIORESTOR® oils darken and flush the asphalt binder within the pavement matrix vs. the untreated sample which appears dry, brittle, oxidized, ridged and inflexible.

BIORESTOR® quickly penetrates into matrix and virtually dry to touch in 20 - 30 minutes.



BIORESTOR®
Treated Dark AC Binder

"Applying a rejuvenator to a new surface a few weeks after it has been laid does several things to the pavement. Besides restoring the original asphalt properties that were lost in the HMA manufacture, the chemical assists in sealing the pavement as well as in improving the durability of the surface course."

~R. Boyer -Senior District Engineer
-Asphalt Institute.



"The oxidative aging of pavements begins at the time of construction and continues throughout a pavement's life. However, most aging occurs within the first two to four years of service life."

~Foundation for Pavement Preservation.



Most Sealers

BIORESTOR® penetrates and becomes part of the matrix while it also rejuvenates and protects the asphalt cement binder from oxidation with the polymer portion of it's composition.

Many of the black surface seals for asphalt pavements sit on the top, become brittle and once they are wore off provide little or no protection to oxidation.

Much like Primer for wood, vs. Paint.



BIORESTOR®
Treated



Clear and does not affect striping - this state route was treated within 60 days of paving and line markings were not effected by the BIORESTOR® treatment applied.

Premature longitudinal joint failures provide pavements with the ability to ravel, propagate cracks throughout the mainline, and ultimately destroy the pavement prior to reaching its desired design life. Many states are looking for a preservation treatment for this area of concern.

**Untreated    0.03 gal/SY    0.015**
**Ohio DOT SR 119**

**BIORESTOR®**
The right color choice as it is virtually clear, only darkening the matrix of the pavement lightly.




**"Simply by choosing a material that is not black, we can reduce the heat island effect and air conditioning costs can be lowered by as much as 8-12%."** ~National Ready Mix Concrete Association




Early treatment (first year) has been recognized as best pavement preservation strategy. The biggest enemy in an airport system is oxidation (water & uv).

**Figure 1 Tyndall Air Force Base**    **Figure 2 Runway Treatment**

### Environmental Stewardship

BIORESTOR® is made from 100% agricultural oils which leaves a polymer residue to offer protection to the asphalt binder from oxidation. Many surface sealers and or rejuvenators are petroleum or coal tar derived. These products have been to some degree, classified as carcinogenic products. Some of these have mild and others have a much higher degree of carcinogenic concern. Polycylic Aromatic Hydrocarbons (PAH's) is the exact name of the emitted substance from coal tar and asphalt products and has been a growing concern over the past 10 years as this residue has become a more common and higher level of pollutant in our water and soil.

## BIORESTOR® contains ZERO PAH's

We have been given a letter of introduction as official notification the BioBased Spray Systems, LLC. is a participant in the US Department of Agriculture's (USDA) BioPreferred® program.

Join the BIORESTOR® preservation effort and use what we make grow and protect our environment.

BioBased Spray Systems    ph. 855-818-8673
2506 Fair Road              mike@asi-roads.com
Sidney, Ohio 45365          www.asi-roads.com

