# EXHIBIT D



Serving US/International Sales  1-800-729-8094

**( BIORESTOR )**

| HOME | ABOUT US | PRODUCTS | PERFORMANCE TESTING | PAVEMENT MANAGEMENT | UPCOMING EVENTS | LINKS | GALLERY | BLOG | CONTACT |



## Ask about our warranty programs!

### Save money while protecting the environment with Biobased

BioBased Spray Systems LLC is proud to produce asphalt products that are cost-effective, environmentally-safe, and biobased. Call today for a FREE consultation regarding any of our services!

Read descriptions for each of our products and services below!

### BIORESTOR® Asphalt Rejuvenator



You can call it the SPC-50 for asphalt protection.

- It is a biobased maltene rejuvenator that can reverse years of oxidation from your pavement
- Can be used as a construction seal to greatly improve the characteristics of your new asphalt by replacing components, resins and oils that are lost during manufacturing
- Gives a second life to recycled binders that have failed once

*Specification sheet and MSDS provided upon request*

- Increases pavement flexibility by reducing viscosity
- Increases penetration
- Reduces permeability, ravel and cracking
- Gives an additional service of 3 to 5 years with retreatment evaluation
- Reduces life cycle costs
- Reduces deterioration of pavement
- It can replace oils and resins on older pavements that are lost through natural aging process of moisture and UV damage
- It has a KB value of 58

### BIORESTOR® Construction Joint Stabilizer

- Helps to reduce construction joint cracks on a new road that is caused by the area having 5% lower density than the overall pavement surface



Get your **FREE** consultation today!
**1-800-729-8094**

Download Our Flyer

Oxidative Aging of Pavement







- You can get rid of cracks and potholes that can migrate to the driving area, which left untreated, can result in larger potholes.
- It reduces the moisture capillary intrusion by 80% (DOT testing)

*Specification sheet and MSDS provided upon request*

## BIORESTOR® Hot-in-place Rejuvenator



**Bio Based  USDA Bio Preferred**

- Cost Effective
- Utilizes assets that are currently in place
- Renews the value of exisiting roads
- Sustainable
- Recognized as a DOT approved process in many state for state and federal funding
- 30-40% reduced energy requirements

## BIORESTOR® Infrared Rejuvenator



**Bio Based  USDA Bio Preferred**

- Environmentally-safe
- Polymer-modified
- Concentrated product dilute 1 to 1 with water
- Approximately 0.05 to 0.10 gallon per square per yard
- Highly-effective rejuvenating agent and binder additive when used with Infrared pavement process

## BIORESTOR® Chip Seal Rejuvenator



- Improves surface texture
- Waterproofs the surface
- Protects the underlying pavement from oxidation, aging and traffic wear
- Gives new life to dry, weathered surfaces
- Seals small cracks and imperfections
- Economical way to resurface roads

*Specification sheet and MSDS provided upon request*

## BIORESTOR® Concrete Sealer



- Seals and protects concrete
- Scientific data supports direct elimination of most chloride ion degradation
- Dries clear
- Dustproofs
- Can be used as a curing agent
- Salt and chemical resistant
- Covers up to 450 square feet (50 square yards) per gallon

*Specification sheet and MSDS provided upon request*

## BIORESTOR® Asphalt or Concrete Form Release



- Prevents buildup of asphalt in truck beds
- Biodegradable, thus minimizes environmental concerns



- Can be safely used with all types of asphalt mixes
- Soy-based
- Safe on glass, wood and all metal surfaces
- Can be used in automated spray systems
- Effective on drag slats, rubber tire and steel rollers, pavers, patching machines and hand tools

## BIORESTOR® Dust Treatment



- Biobased
- Concentrate or Dilute
- Cost-effective
- Environmentally-safe
- Less maintenance
- Quick and easy application
- Proven performance

- Unpaved or gravel roads
- Quarries, mining site and landfills
- Construction sites
- Truck terminals
- Airports
- Parking lots
- Race tracks

Privacy Policy | Cookie Policy | Conditions of Use | Notice and Take Down Policy | Powered by hibu
© 2016. The content on this website is owned by us and our licensors. Do not copy any content (including images) without our consent.


