# EXHIBIT F


